**Morrison Foerster**

425 MARKET STREET
SAN FRANCISCO, CA 94105

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

Writer's Direct Contact
+1 (415) 268-6153
AMcGrath@mofo.com

October 17, 2024

**Via ECF**

Molly Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119

    Re:  *Doe, et al. v. GitHub Inc., et al.*, No. 24-6136

Ms. Dwyer:

    I write to correct an error in my entry of appearance in the above-captioned case. Neither I, nor Morrison & Foerster LLP, nor any of the other Morrison & Foerster counsel that have appeared in this case, represents OpenAI Investment, listed as a defendant-respondent on the docket for this case.

    Although the docket has been updated to reflect that I do not represent OpenAI Investment, it continues to indicate that other Morrison & Foerster counsel represent that entity. I respectfully request the Clerk to update the docket to reflect that none of the other Morrison & Foerster counsel that have appeared in this case represents OpenAI Investment.

    Thank you.

    Respectfully submitted,

    /s/ Aileen M. McGrath
    Aileen M. McGrath

ny-2808288

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system on October 15, 2024.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated:  October 17, 2024                     /s/ Aileen M. McGrath
                                             Aileen M. McGrath