

601 CALIFORNIA STREET
SUITE 1505
SAN FRANCISCO CA 94108

TEL 415.500.6800
FAX 415.395.9940

October 21, 2024

**VIA ACMS FILING**

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

Re: *Doe, et al. v. Github, Inc., et al.,* No. 24-6136 (9th Cir.)

Dear Ms. Dwyer,

On October 17, 2024, Respondents filed responses to the Petition for Permission to Appeal Order Certified Under 28 U.S.C. § 1292(b) in the above referenced case. One of those responses argues that Petitioners do not have standing to pursue the underlying claims as a ground to reject the petition. Dkt 14.1 at 19–22 (the "GitHub Response"). The district court, however, *twice* rejected this argument and held that Plaintiffs have standing. *See Doe v. GitHub, Inc.*, No. 22-06823, slip op. at 6-9 (N.D. Cal. Jan. 3, 2024) (order granting in part denying in part motion to dismiss); *Doe v. GitHub, Inc.*, 672 F. Supp. 3d 837, 849-52 (N.D. Cal. 2023).

Respondents did not seek certification for an interlocutory appeal of that issue. If, however, the Court is inclined to construe the GitHub Response as a cross-petition or to otherwise consider this non-certified issue in deciding whether to grant permission to appeal the issue certified by the district court, then Petitioners respectfully request leave to file an answer or reply on the non-certified issue. *See Reese v. BP Expl. (Alaska) Inc.*, 643 F.3d 681, 689-90 (9th Cir. 2011) ("An appellee is well-advised, in seeking interlocutory review of issues not certified, to file a Rule 5(b)(2) cross-petition. Its failure to do so and election to raise an issue only in its

Molly C. Dwyer
October 21, 2024
Page 2

answering brief disadvantages appellants, who are unable to anticipate presciently and to address adequately the issue in their opening brief.").

Respectfully Submitted,

*/s/ Joseph Saveri*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

*/s/ Maxwell Pritt*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
mpritt@bsfllp.com

*/s/ Jesse Panuccio*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
jpanuccio@bsfllp.com