Case No. 24-6136

# In The
# United States Court of Appeals
# for the Ninth Circuit

---

J. DOE 1, et al.,
Individually and on behalf of all others similarly situated,

*Plaintiffs and Petitioners*

v.

GITHUB, INC., et al.,

*Defendants and Respondents*

---

Petition for Permission to Appeal a Certified Order from
the United States District Court for the Northern District of California,
No. 4:22-cv-06823-JST, Hon. Jon S. Tigar

---

**DECLARATION IN SUPPORT OF MOTION TO SEAL DEFENDANT-RESPONDENTS MICROSOFT CORP. AND GITHUB INC.'S ANSWER TO PETITION FOR PERMISSION TO APPEAL**

---

| JOSEPH R. SAVERI | MATTHEW BUTTERICK | MAXWELL V. PRITT |
|---|---|---|
| **JOSEPH SAVERI LAW FIRM, LLP** | 1920 Hillhurst Avenue, #406 | JESSE PANUCCIO |
| 601 California St., 1505 | Los Angeles, CA 90027 | **BOIES SCHILLER FLEXNER LLP** |
| San Francisco, CA 94108 | Telephone: (323) 968-2632 | 44 Montgomery St., 41st FL |
| Telephone: (415) 500-6800 | Email: | San Francisco, CA 94104 |
| Email: | mb@butterricklaw.com | Telephone: (415) 293-6800 |
| jsaveri@saverilawfirm.com | | Email: mpritt@bsfllp.com |
| | | jpanuccio@bsfllp.com |

*Attorneys for Plaintiff-Petitioners and the Proposed Class*

## DECLARATION OF JOSEPH R. SAVERI

I, Joseph R. Saveri, declare as follows:

1. I am a member in good standing of the California bar and am the founder and General Partner of the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiff-Petitioners in this appeal. I submit this declaration in support of Petitioners' Motion to Seal Defendant-Respondents Microsoft Corp. and GitHub Inc.'s Answer to Petition for Permission to Appeal. I make this declaration based upon my own personal knowledge and, if called as a witness in this action, I would be able to competently testify as to the facts set forth herein.

2. Petitioners recognize that proceeding anonymously is unusual. Petitioners, however, filed under pseudonyms because they reasonably feared they would be subject to threats of retaliation and physical violence. Unfortunately, these fears turned out to be well-founded. Indeed, the threats of physical violence predate the filing of Petitioners' complaint.

3. Attached hereto as **Exhibit 1** are true and correct copies of threatening emails received by Petitioners' counsel, and which were previously filed in the district court as ECF Nos. 68-1, 68-2 and 68-3.

4. The attached emails are only examples of the threats received. Petitioners' counsel received other threats, which were passed on to the Federal Bureau of Investigation.

1

2

5.  Other than their names and other information which could be used to identify Petitioners, Petitioners did not seek to seal before the district court any of the other material set forth in the operative complaint.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2024.   /s/ *Joseph R. Saveri*
                                 Joseph R. Saveri

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 24-6136

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

DECLARATION IN SUPPORT OF MOTION TO SEAL DEFENDANT-RESPONDENT MICROSOFT CORP. AND GITHUB INC.'S ANSWER TO PETITION FOR PERMISSION TO APPEAL; SEALED EXHIBIT 1 TO DECLARATION IN SUPPORT OF MOTION TO SEAL

**Signature** | /s/ Joseph R. Saveri    **Date** | November 7, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**    *Rev. 12/01/2018*