# EXHIBIT 1

# REDACTED

## Travis Manfredi

**From:**
**Sent:** Thursday, October 27, 2022 5:12 AM
**To:**
**Subject:** Ai

Hey ▇▇▇▇▇▇▇,
imagine shooting against ai 🤣🤣🤣,
youre the biggest clown i know.
go kys r3tard.
kill urself.

your life is garbage and you too.
pls do us a favor and go commit die,
less crying nggas out there after.



1

# Travis Manfredi

**From:** ▮▮▮
**Sent:** Friday, November 4, 2022 8:58 AM
**To:** ▮▮▮
**Subject:** Github Copilot

You are a bitch and I hope you fucking die you piece of shit. It's people like you why this world sucks so fucking bad and we can't have nice things.

I literally hope someone murder you. Go fucking die.

 - Website Developer

1

# Travis Manfredi

| | |
|---|---|
| **From:** | Anonymousemail <noreply@anonymousemail.me> |
| **Sent:** | Saturday, November 5, 2022 10:38 AM |
| **To:** | GitHub Inquiries |
| **Subject:** | lol |

Powered by Anonymousemail → Join Us!

go fucking cry about github you fucking piece of shit nigger, i hope your throat gets cut open and every single family member of you is burnt to death

1