**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| J. DOE, 1 and J. DOE, 2-5, individually and on behalf of all others similarly situated, Plaintiffs - Petitioners, v. GITHUB, INC., a Delaware corporation; et al., Defendants - Respondents. | No. 24-6136 D.C. No. 4:22-cv-06823 Northern District of California, Oakland ORDER |

Before: S.R. THOMAS and TALLMAN, Circuit Judges.

The petition for permission to appeal is granted. See 28 U.S.C. § 1292(b). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).

Petitioners' request for leave to file additional briefing (Docket Entry No. 17) is denied as unnecessary.

Respondents Github, Inc. and Microsoft Corporation filed a notice of intent to file publicly their answer to the petition (Docket Entry No. 13). See 9th Cir. R. 27-13(f). Petitioners' opposed motion to file under seal portions of Github, Inc. and Microsoft Corporation's answer (Docket Entry No. 21) is granted. The Clerk will unseal the notice (Docket Entry No. 13.1) and file publicly the redacted answer (Docket Entry No. 14.2). The Clerk will maintain the unredacted answer

under seal at Docket Entry No. 14.1.

Petitioners filed a notice of intent to file publicly Exhibit 1 to the declaration in support of petitioners' motion to seal (Docket Entry No. 20). *See* 9th Cir. R. 27-13(f). No other party having filed a motion to seal Exhibit 1, the Clerk will file publicly the motion to seal, the supporting declaration, and Exhibit 1 (Docket Entry No. 21).